Renee Choy Ohlendorf (SBN: 263939)
rohlendorf@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant Portfolio Recovery Associates, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DERFLINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, MARK D. WALSH, and LEGAL RECOVERY LAW OFFICES, INC.,<br><br>Defendants. | Case No.  12CV1142L BGS<br>(Judge M. James Lorenz)<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, Defendant Portfolio Recovery Associates, LLC, by and through its attorney Renee Choy Ohlendorf, states as follows:

1. Portfolio Recovery Associates, LLC, a Delaware limited liability company, is a subsidiary of Portfolio Recovery Associates, Inc., a publicly traded company.

///

///

1
DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
31357898 A8566

1  2. No publicly held corporation owns 10% or more of Portfolio
2  Recovery Associates, Inc.'s stock.
3
4                                    Respectfully submitted,
5  DATED: June 6, 2012               HINSHAW & CULBERTSON LLP
6
7
8                                    By:   s/Renee Choy Ohlendorf
                                     Renee Choy Ohlendorf
9                                    Attorneys for Defendant PORTFOLIO
                                     RECOVERY ASSOCIATES, LLC
10                                   Email: rohlendorf@hinshawlaw.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
31357898 A8566

# CERTIFICATE OF SERVICE

*Deflinger v. Portfolio Recovery Associates, Inc.*
USDC (Central) Case No. 12CV1142L BGS

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On June 6, 2012, I served the document(s) entitled, **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope(s) addressed as stated below:

| | |
|---|---|
| Joshua B. Swigart, Esq.<br>Robert L. Hyde, Esq.<br>Hyde & Sigart<br>411 Camino Del Rio South, Ste. 301<br>San Diego, CA 92108-3551<br>619-233-7770<br>619-297-1022<br>josh@westcoastlitigation.com<br>bob@westcoastlitigation.com | **Attorneys for Plaintiff** |

☐ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on June 6, 2012, at Los Angeles, California.

_____
Melanie Davis