1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD DERFLINGER,                      Civil No.    12-CV-1142-L (BGS)

12                              Plaintiff,
                                             **ORDER SCHEDULING SETTLEMENT**
13              v.                           **DISPOSITION CONFERENCE**

14   PORTFOLIO RECOVERY ASSOCIATES,
     LLC; *et al.*,
15                             Defendants.

16

17          Counsel for all parties contacted the Court on September 26, 2012, and represented that the

18   case has settled.  Accordingly, IT IS HEREBY ORDERED:

19          1.     A Joint Motion for Dismissal must be electronically filed on or before **December**

20                 **11, 2012**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed

21                 order for dismissal, for the signature of the Honorable M. James Lorenz, must be

22                 emailed to the chambers of the Honorable Bernard G. Skomal.[2]

23          2.     If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

24                 on or before December 11, 2012, then a Settlement Disposition Conference will be

25                 held on **December 12, 2012**, at **1:30 p.m.** before Judge Skomal.  The conference

26   _____

27          [1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States
     District Court for the Southern District of California.

28          [2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed
     orders.

1    shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and

2    coordinate the conference call.

3    3.    If a Joint Motion for Dismissal and proposed order for dismissal are received on or

4    before December 11, 2012, the Settlement Disposition Conference will be vacated.

5

6    DATED: September 27, 2012

7    **BERNARD G. SKOMAL**
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28